## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, United States Postal Inspector Bryon Green, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AFFIANT BACKGROUND

1. I am a U.S. Postal Inspector with the United States Postal Inspection Service (USPIS) in Cleveland, Ohio and have been so employed since October 2006. I am currently assigned to the USPIS Cleveland Field Office's Contraband Interdictions and Investigations Team, which strives to protect the U.S. Mail from illicit drugs and firearms. As a Postal Inspector, my foremost responsibility is the protection of the USPS, its customers, employees, and infrastructure. As such, it is my duty to investigate external violent crimes involving USPS employees the USPS at large. I have worked U.S. Postal Service related investigations for approximately 19 years, during which time I have been the case agent for investigations leading to prosecution in U. S. District Court, as well as state courts.

2. Based on the facts set forth in this affidavit, there is probable cause that violations of Title 18 U.S.C. § 2114, Robbery of Mail, Money, or Other Property of the United States; Title 18 U.S.C. § 1704, Keys or Locks Stolen or Reproduced; 18 U.S.C. § 924(c), and Using or Carrying of a Firearm During a Crime of Violence; (the "SUBJECT OFFENSES") were committed by DELSHAWN DURVAL LEGG ("LEGG").

### PROBABLE CAUSE

*Relevant Individuals and Entities*

3. Defendant DELSHAWN DURVAL LEGG was a resident of 10320 Ostend Ave, Cleveland, OH 44108 in the Northern District of Ohio.

4. On December 29, 2025, at approximately 2:40 p.m., a United States Postal Service (USPS) Letter Carrier in Akron, Ohio, was robbed at gunpoint while delivering mail on West Long Street. The victim reported that three to four unidentified individuals, described as African American, wearing dark clothing and masks, and operating a gray compact SUV, approached her and demanded her postal keys. The assailants subsequently stole her USPS satchel, multiple pieces of mail, USPS postal vehicle keys, and the USPS scanner.

5. Your Affiant utilized USPS databases to identify and monitor the location of the stolen USPS scanner. USPS scanners are equipped with GPS monitoring. Your Affiant tracked the location of the USPS scanner and provided this location information to deputies of the Cuyahoga County Sheriff's Office. At approximately 4:06 PM, your Affiant notified Cuyahoga County Sheriff Deputies that the USPS scanner was located at McDonald's on 9101 Kinsman Rd. Cleveland, OH 44104. Deputies immediately identified a Honda CR-V, bearing Ohio registration KPP1727 as the suspected vehicle involved in the robbery. The Honda CR-V was a gray compact SUV, matching the victim's description of the suspect vehicle.  Cuyahoga County dash camera video depicts the Honda CR-V leave the McDonald's drive through at a high rate of speed. When deputies attempted a traffic stop, the individual later identified as LEGG, proceeded to drive at a high rate of speed for several blocks, exited the vehicle from the driver's seat and fled on foot. LEGG was apprehended following the deployment of a K9 unit. LEGG was apprehended wearing all black clothing, which also matched the victim's description of the suspects. The Honda CR-V continued moving without an occupant and ultimately collided with a utility pole. Cleveland Police Department notified your Affiant they retrieved surveillance video that identified a second unknown male departed from the rear passenger side of the Honda CR-V and was not apprehended.

6. Your Affiant observed, in plain view through the window of the Honda CR-V, a USPS satchel of the type issued to USPS letter carriers. It is believed that the stolen USPS scanner is contained within that satchel. USPS database records indicate that the last known location of the scanner corresponds precisely with the location of the Honda CR-V.

7. Great Lakes Honda of Akron reported to your Affiant that the Honda CR-V bearing Ohio license plate KPP1727 - VIN 2HKRS4H47TH439705 was stolen from its dealership on December 29, 2025, at approximately 2:07 a.m. Surveillance footage from the dealership shows four unidentified individuals unlawfully entering the premises, stealing the key to the Honda CR-V, and subsequently driving the vehicle off the lot.

## **CONCLUSION**

8. Based upon the information contained in this affidavit, I submit there is probable cause to believe on December 30, 2025, in the Northern District of Ohio, DELSHAWN DURVAL LEGG committed violations of Title 18 U.S.C. § 2114, Robbery of Mail, Money, or Other Property of the United States; Title 18 U.S.C. § 1704, Keys or Locks Stolen or Reproduced; and 18 U.S.C. § 924(c), Using or Carrying of a Firearm During a Crime of Violence.

Respectfully submitted,

_____
BRYON GREEN
U.S. POSTAL INSPECTOR
U.S. POSTAL INSPECTION SERVICE

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3).

*Carmen Henderson*

CARMEN E. HENDERSON

UNITED STATES MAGISTRATE JUDGE

December 31, 2025

DATE